BETETA, RIGOBERTO AMBROSIO                                    10-12395

| | | |
|---|---|---|
| Claim 000006, Payment 3.13% | | BANK OF AMERICA, N.A. |
| GE Money Bank | Barbara Rivera-Fulton, Trustee | 32-1/1110 TX |
| c/o Recovery Management Systems Corporat | P.O. BOX 19980 | CHECK NUMBER 1009 |
| 25 SE 2nd Ave Suite 1120 | New Orleans, LA 70179 | |
| Miami FL 33131-1605 | | |

DATE 05/19/11      AMOUNT ***********3.27

Acct. 4224    1906984

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 10-12395  A | Debtor: BETETA, RIGOBERTO AMBROSIO |

United States Bankruptcy Court
LA

500 Poydras St. B-601
New Orleans LA 70130

Three Dollars And 27/100

Barbara Rivera-Fulton
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆001009⑆ ⑈111000012⑈: 4437860563⑈

```
UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228590     - SM

  May 24, 2011
   11:07:26

  UNC.UNDER$25
    10-12395
Debtor.: RIGOBERTO AMBROSIO BETETA
Trustee: Barbara Rivera-Fulton
Amount.:           $3.27 CH
Check#.: 1009




Total-> $3.27



FROM: RIVERA-FULTON
```

5/24/11
DEPOSIT TO 106000

DUE: GE MONEY BANK

CV