IN RE: BETETA, RIGOBERTO AMBROSIO          CASE NO. 10-12395

**BANK OF AMERICA, N.A.**

Debtor's Reimbursement

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

32-1/1110 TX
0

CHECK NUMBER
**1011**

DATE: 07/06/11          AMOUNT: *********895.86

1939764

PAY TO THE ORDER OF

CASE NUMBER: 10-12395  A          ESTATE OF — Debtor: BETETA, RIGOBERTO AMBROSIO

United States Bankruptcy Court
LA
Clerk of Court
500 Poydras Street B-601
New Orleans, LA 70130

Eight Hundred Ninety Five Dollars And 86/100

*Barbara Rivera-Fulton*
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆001011⑆ ⑈111000012⑈ 443786056 3⑈

7/8/11
DEPOSIT TO TREASURY
UNCLAIMED.
DUE: DEBTOR

```
   UNITED STATES
  BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
    NEW ORLEANS DIVISION

#  228798   - KW
*  *  C O P Y  *  *
    July 08, 2011
       15:55:10


  TREASURY REGFUND
       10-12395
Debtor.: RIGOBERTO AMBROSIO BETETA
Trustee: Barbara Rivera-Fulton
Amount.:            $895.86 CH
Check#.: 1011


Total-> $895.86
```

FROM: RIVERA FULTON

**Barbara Rivera-Fulton**
Chapter 7 Trustee
(504) 861-9200

P.O. Box 19980
New Orleans, Louisiana 70179

FILED
2011 JUL -8 P 1:35
CLERK
UNITED STATES
BANKRUPTCY COURT
NEW ORLEANS, LA

July 6, 2011

Clerk of Court
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA 70130

RE:   BETETA, RIGOBERTO AMBROSIO, USBC No. 10-12395 A

Dear Clerk:

Enclosed please find a check payable to the U. S. Bankruptcy Court for $895.86 drawn on the account for the above bankruptcy estate which represents the debtor's reimbursement of funds. Debtor has apparently moved and left no forwarding address.

Accordingly, I ask that you please deposit the funds in the registry of the court as per 11 U.S.C. §347(a).

Very truly yours,

*Barbara Rivera-Fulton*

**Barbara Rivera-Fulton**
**Chapter 7 Trustee**

enclosure